JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and THE ADMINISTRATIVE MAINTENANCE FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PC ELECTROCRAFT, INC., a California corporation,<br><br>      Defendant. | CASE NO.  CV 06-2699 FMC (VBKx)<br><br>[~~PROPOSED~~] **JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

    Judgment shall be entered in favor of Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational

1  and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of
2  the Southern California IBEW-NECA Labor-Management Cooperation Committee,
3  the Los Angeles Electrical Workers Credit Union, and the Administrative
4  Maintenance Fund, and against Defendant, PC Electrocraft, Inc., a California
5  corporation, in the principal amount of $73,515.81, attorneys' fees in the amount of
6  $6,449.00 and costs in the amount of $43.41, together with pre-judgment interest
7  thereon in the amount of $4,733.21, plus post-judgment interest thereon at the rate of
8  ten percent (10%) per annum from the date judgment is entered, until paid in full.

11  Dated: June 12, 2008

UNITED STATES DISTRICT JUDGE

- 2 -

143292.1